No. 96–9351.  McDONNELL *v.* WOODS, ATTORNEY GENERAL OF ARIZONA.  C. A. 9th Cir.  Certiorari denied.

No. 96–9352.  McDUFF *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 96–9353.  JACKSON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION.  C. A. 8th Cir.  Certiorari denied.

No. 96–9354.  TORRES *v.* SCHOOL DISTRICT NO. 2 OF MADISON COUNTY, NEBRASKA, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–9355.  ZERTUCHE *v.* FIRST INTERSTATE BANK OF ARIZONA, N. A.  Ct. App. Ariz.  Certiorari denied.

No. 96–9356.  WILSON *v.* GRANT ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 96–9357.  WILLIAMS *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–9358.  VILTRAKIS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 96–9359.  WANLESS *v.* OKLAHOMA.  Ct. Crim. App. Okla.  Certiorari denied.

No. 96–9361.  HEACOCK *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 96–9362.  HUGHES *v.* CRANDELL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–9363.  HAWKINS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 96–9364.  HOXSIE *v.* KERBY, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–9365.  HARTLINE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 96–9366.  FLYNN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.